NICOLAS MORGAN (Bar No. 166441)
nicolas.morgan@dlapiper.com
JOSHUA BRIONES (Bar No. 205293)
joshua.briones@dlapiper.com
NICOLE C. KING (Bar No. 266672)
nicole.king@dlapiper.com
ESTEBAN MORALES (Bar No. 273948)
esteban.morales@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel:  310.595.3000

Attorneys for
Receiver Robert P. Mosier

TODD D. GILLESPIE
*Pro Se* Defendant
Tdgillespie2005@yahoo.com
12 Vermillion Cliffs
Aliso Viejo, CA 92656-8096
Tel: (949) 939-7442

E-FILED 06/29/12

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBERT P. MOSIER, Receiver for PRIVATE EQUITY MANAGEMENT GROUP, LLC and PRIVATE EQUITY MANAGEMENT GROUP, INC., <br><br>Plaintiff,<br><br>v.<br><br>TODD D. GILLESPIE; and DOES 1-5, inclusive,<br><br>Defendants. | Case No. SA CV 10-1191 PSG (Ex)<br><br>[~~PROPOSED~~] **ORDER DISMISSING CASE**<br><br>Date:      [no hearing required]<br>Time:      [no hearing required]<br>Judge:     Hon. Philip S. Gutierrez<br>Courtroom: 880-Roybal |

1 The Court, having considered the Joint Stipulation for an Order Dismissing
2 Case, and good cause appearing therefore,
3     IT IS HEREBY ORDERED as follows:
4     1.    This action, and all claims asserted herein, are dismissed without
5 prejudice;
6     2.    Each Party shall bear its own costs; and
7     3.    The Court shall retain jurisdiction over the Parties and the subject
8 matter of this action, under the authority of *Kokkonen v. Guardian Life Ins.*, 511
9 U.S. 375 (1994), so as to enforce the terms of the Settlement Agreement and
10 Release into which the Parties entered on June 14, 2012.

**IT IS SO ORDERED.**

Dated:  06/29/12

PHILIP S. GUTIERREZ
_____
Hon. Philip S. Gutierrez
U.S. District Court Judge