| | |
|---|---|
| 1    NICOLAS MORGAN (Bar No. 166441)<br>nicolas.morgan@dlapiper.com<br>2    JOSHUA BRIONES (Bar No. 205293)<br>joshua.briones@dlapiper.com<br>3    NICOLE C. KING (Bar No. 266672)<br>nicole.king@dlapiper.com<br>4    ESTEBAN MORALES (Bar No. 273948)<br>esteban.morales@dlapiper.com<br>5    **DLA PIPER LLP (US)**<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4704<br>Tel: 310.595.3000 | E-FILED 06/29/12<br><br>JS-6 |

Attorneys for
Receiver Robert P. Mosier

TODD D. GILLESPIE
*Pro Se* Defendant
Tdgillespie2005@yahoo.com
12 Vermillion Cliffs
Aliso Viejo, CA 92656-8096
Tel: (949) 939-7442

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBERT P. MOSIER, Receiver for PRIVATE EQUITY MANAGEMENT GROUP, LLC and PRIVATE EQUITY MANAGEMENT GROUP, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TODD D. GILLESPIE; and DOES 1-5, inclusive,<br><br>    Defendants. | Case No. SA CV 10-1191 PSG (Ex)<br><br>[~~PROPOSED~~] **ORDER DISMISSING CASE**<br><br>Date:     [no hearing required]<br>Time:     [no hearing required]<br>Judge:    Hon. Philip S. Gutierrez<br>Courtroom: 880-Roybal |

1  The Court, having considered the Joint Stipulation for an Order Dismissing
2  Case, and good cause appearing therefore,
3  IT IS HEREBY ORDERED as follows:
4  1. This action, and all claims asserted herein, are dismissed without
5  prejudice;
6  2. Each Party shall bear its own costs; and
7  3. The Court shall retain jurisdiction over the Parties and the subject
8  matter of this action, under the authority of *Kokkonen v. Guardian Life Ins.*, 511
9  U.S. 375 (1994), so as to enforce the terms of the Settlement Agreement and
10 Release into which the Parties entered on June 14, 2012.

**IT IS SO ORDERED.**

Dated: __06/29/12__

## PHILIP S. GUTIERREZ

Hon. Philip S. Gutierrez
U.S. District Court Judge